UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEE FREEMAN,<br><br>                     Plaintiff,<br><br>     vs.<br><br>J. DEBUG, et al.<br><br>                    Defendants. | Case No.: 3:23-cv-02371-RBM-DEB<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff Brian Lee Freeman has filed a Complaint against the City of Hisperia, Hisperia Police Department, San Bernadino County, San Bernadino County Sheriff's Department, and eight deputies in the San Bernadino County Sheriff's Department.[1] (Doc. 1.)

---

[1] While the Court is dismissing the case for failing to pay the $ 405 filing fee, the Court also notes that venue seems to be improper in this District. Plaintiff's claims appear to be based on events that occurred in San Bernadino County. San Bernadino County is in the Central District of California, Eastern Division. 28 U.S.C § 84(c)(1).

1

## I.   FAILURE TO PAY FILING FEE OR MOVE TO PROCEED IFP

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405.  *See* 28 U.S.C. § 1914.[2]  An action may proceed despite a failure to pay the entire fee only if the plaintiff is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007). Section 1915 requires all persons seeking to proceed without full prepayment of fees to submit an affidavit that includes a statement of all assets possessed and which demonstrates an inability to pay.  *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

Plaintiff has not paid the $405 in filing and administrative fees required to commence a civil action in federal court.  Nor has Plaintiff submitted a properly supported IFP motion. Therefore, this case cannot proceed.

## II.   CONCLUSION

Accordingly, the Court **DISMISSES** this civil action without prejudice based on Plaintiff's failure to pay the $405 civil filing and administrative fee or submit a motion to proceed IFP.

Plaintiff is **GRANTED** leave to re-open the case by: (a) paying the entire $405 civil filing and administrative fee in full; *or* (b) completing and filing a motion to proceed IFP with an affidavit that includes a statement of Plaintiff's assets as required by 28 U.S.C. § 1915(a) and the Southern District of California Civil Local Rule 3.2(b).

///

///

///

---

[2]  In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, ¶ 14 (eff. Dec. 1, 2023)).  The additional $55 administrative fee does not apply to persons granted leave to proceed IFP.  *Id*.

If Plaintiff fails to either pay the $405 civil filing fee *or* file a motion to proceed IFP by **February 9, 2024**, this case will remain dismissed without prejudice without further Order of the Court.

**IT IS SO ORDERED.**

Dated:  January 8, 2024

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE